PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska

**Request for Modification of Conditions or Term of Probation
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Veronica Lizette Gutierrez           Case Number: A01-0087-01 CR (JKS)

Sentencing Judicial Officer:   James K. Singleton, Senior U.S. District Court Judge

Date of Original Sentence:   October 4, 2001

Original Offense:   Possession with Intent to Distribute a Controlled Substance

Original Sentence:   30 months imprisonment, 5 years supervised release

Date Supervision Commenced:   July 3, 2003

### PETITIONING THE COURT

[ ]   To extend the term of probation for _____ years, for a total term of _____ years.
[X]   To modify the conditions of probation as follows:

"You shall refrain from any unlawful use of a controlled substance. You shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 8 tests per month, as directed by the probation officer."

### CAUSE

The defendant was released from imprisonment on July 3, 2003, to the Central District of California, where she is being supervised. The above modification, which was agreed to by the defendant, is sought in order to continue drug testing in this case in compliance with *U.S. v. Stephens*, No. 04-50170, 2005 WL 2106158 (9th Cir. Sept. 2, 2005).

Request for Modification of Conditions or Term
Name of Offender      :     *Veronica Lizette Gutierrez*
Case Number           :     *A01-0087-01 CR (JKS)*

                                      Respectfully submitted,

                                      Eric D. Odegard
                                      U.S. Probation/Pretrial Services Officer
                                      Date:  January 4, 2006

---

**THE COURT ORDERS:**

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other: _____

                                      James K. Singleton
                                      Senior U.S. District Court Judge
                                      Date:  01/04/2006

PROB 49
(3/89)

# United States District Court

_____ District _____of Alaska_____

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. You shall refrain from any unlawful use of a controlled substance. You shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 8 tests per month, as directed by the probation officer.

Witness _____[signature]_____          Signed _____Veronica Gutierrez_____
         U.S. Probation Officer                              Probationer or Supervised Releasee

                               10/28/05
                                Date