PROB 12A
(7/93)

# United States District Court
## for the
# District of Alaska

### Report On Offender On Supervised Release

Name of Offender: Veronica Lizette Gutierrez           Case Number: A01-0087-01 CR (JKS)

Name of Sentencing Judicial Officer:   James K. Singleton, Senior U.S. District Court Judge

Date of Original Sentence:   October 4, 2001

Original Offense:   Possession with Intent to Distribute a Controlled Substance

Original Sentence:   30 months imprisonment, 5 years supervised release

Date Supervision Commenced:   July 3, 2003

---

### NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervised release:

Violation Number | Nature of Non-compliance
--- | ---
1 | The defendant has violated the Standard Condition of Supervision "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician," in that on February 22, 2006, Ms. Gutierrez submitted a urine specimen, which tested positive for the presence of marijuana. This violation is a Grade C violation.

*Report on Offender On Supervised Release*
*Name of Offender        :   Veronica Gutierrez*
*Case Number             :   A01-0087-01 CR (JKS)*

U.S. Probation Officer's Proposed Action:   On October 4, 2001, the offender was sentenced to 30 months imprisonment and five years supervised release after being convicted of Possession with Intent to Distribute a Controlled Substance. On July 3, 2003, the defendant was released from prison and supervision commenced in the Central District of California (CD/CA). Jurisdiction remains in Alaska. On January 4, 2006, the offender's conditions were modified to include up to 8 drug tests per month. On February 22, 2003, the defendant committed the aforementioned violation. As a result of her positive test for marijuana, she will be required to attend narcotics/Marijuana Anonymous meetings or meetings with a similar support group. Further, she will be subjected to increased testing to ensure that she remains in compliance. The offender is in compliance with all other terms of supervision and the CD/CA recommends no court action at this time. Consistent with the recommendations of the probation officer in the CD/CA, the undersigned also recommends no action at this time.

Respectfully submitted,

Eric D. Odegard
Supervising U.S. Probation/Pretrial
Services Officer
Date: March 14, 2006

[✓] Officer's proposed action is approved
[ ] Submit a Request for Modifying the Condition or Term of Supervised Release
[ ] Submit a Request for Warrant or Summons
[ ] Other

REDACTED SIGNATURE

James K. Singleton
Senior U.S. District Court Judge

3/21/06
Date:

-2-